UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------X

UNITED STATES OF AMERICA

    - against -

KENNETH COBB,

          Defendant.

------------------X

O R D E R

No. 03-CR-964 (S-1)(FB)

The Court has reviewed the minutes of the guilty plea allocution of defendant KENNETH COBB, taken in front of Magistrate Judge Mann on September 23, 2004, and hereby finds that the defendant knowingly and voluntarily entered his plea of guilty. The Court hereby accepts the guilty plea of defendant KENNETH COBB.

Dated:   Brooklyn, New York
        September 20, 2005

                                            THE HONORABLE FREDERIC BLOCK
                                            UNITED STATES DISTRICT JUDGE
                                            EASTERN DISTRICT OF NEW YORK